IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. MILLER, JR.,** | Civil No. 1:17-CV-1368 |
| Plaintiff, | |
| v. | |
| **COUNTY OF LEBANON TRANSIT AUTHORITY d/b/a LEBANON TRANSIT,** | |
| Defendant. | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's motion for summary judgment (Doc. 17) is **DENIED** and Plaintiff's motion for summary judgment (Doc. 22) is **DENIED**. Defendant's motion *in limine* (Doc. 25) is **GRANTED IN PART AND DENIED IN PART**. Specifically, Dr. Sivarajah's testimony is limited as follows:

1) Dr. Sivarajah cannot testify that Defendant's actions were discriminatory and contrary to law but can testify regarding his opinion that Plaintiff can fulfil the physical requirements of the job. (*Id.* at 5-6, ¶¶ 5-6.)

2) Dr. Sivarajah is precluded from testifying to his opinion set forth in paragraph 7 of his report. (*Id.* at 6, ¶ 7.) However, he can opine regarding whether Plaintiff poses a danger to himself or others when driving.

**IT IS FURTHER ORDERED** that the balance of the case management deadlines are set forth below:

| | |
|---|---|
| Pre-Trial Memorandum | July 11, 2019 |
| Proposed Voir Dire Questions | July 11, 2019 |
| Proposed Jury Instructions | July 11, 2019 |
| Pre-Trial Conference | July 25, 2019, at 9:30 a.m. |
| Jury Selection/Trial Date | August 5, 2019 |

                                                        s/Sylvia Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge

Dated: April 2, 2019